IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                    No. 2:11-cv-0011 KJN P

    vs.

JOHNY NGUYEN,

    Defendant.                ORDER

        Plaintiff is a state prisoner proceeding without counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

        Plaintiff is subject to the "three strikes rule" set forth in 28 U.S.C. § 1915(g), which precludes a plaintiff from proceeding in forma pauperis absent a showing he is in imminent danger of serious physical injury.  By order filed April 20, 2007, plaintiff was found to be barred from proceeding in forma pauperis.  <u>Weaver v. California Correctional Institution, etc.</u>,

////

////

////

1

1  et al., 1:06-cv-1429 OWW SMS P (E.D. Cal. Fresno) (Dkt. No. 4 at 1 n.1).[1]  Plaintiff is also
2  listed as three-strikes barred in the National Pro Se Three-Strikes Database.[2]  In the instant
3  complaint, plaintiff has not alleged he is in imminent danger of serious physical injury.
4  Accordingly, plaintiff must first pay the $350.00 filing fee in full before this action can proceed.
5  Plaintiff is cautioned that failure to pay the filing fee will result in a recommendation that this
6  action be dismissed.
7        In accordance with the above, IT IS HEREBY ORDERED that plaintiff is
8  directed to pay in full the $350.00 filing fee within 21 days from the date of this order; and
9  failure to timely pay the filing fee will result in a recommendation that this action be dismissed.
10 DATED: January 11, 2011

                                            _/s/ Kendall J. Newman_
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

weav0011.pf

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

[2] National Pro Se Three-Strikes Database, (Jan. 11, 2011, 9:35 a.m.), http://nprose.circ9.dcn/Litigant.aspx.