IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                      No. 2:11-cv-0011 LKK KJN P

    vs.

JOHNY NGUYEN,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff is barred from proceeding in forma pauperis. (Dkt. No. 4.) By an order filed January 12, 2011, plaintiff was ordered to pay the $350.00 filing fee in full within twenty-one days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty-one day period has now expired, and plaintiff has not responded to the court's order and has not paid the appropriate filing fee. 28 U.S.C. § 1915(g).

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>,
3 951 F.2d 1153 (9th Cir. 1991).
4 DATED: February 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8 weav0011.fpf